

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Michael Jones, Appellant

No. 06-22-00088-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Franklin County, Texas (Tr. Ct. No. F9727). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, James Michael Jones, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk